IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BRUCE C. HEATH,**

    Plaintiff,

v.                                                                          Civil Action No. **3:12CV697**

**HAROLD CLARK,** *et al.*,

    Defendants

**MEMORANDUM OPINION**

By Memorandum Order entered on November 29, 2012, the Court conditionally docketed the present action. The November 29, 2012 Memorandum Order warned Plaintiff that the Court would dismiss the action if he failed to keep the Court informed of his current address. On September 5, 2013, the United States Postal Service returned an August 19, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                         /s/
                                                          James R. Spencer
                                                     United States District Judge

Date: 9-30-13
Richmond, Virginia